=================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>        NORTHERN        </u>   **DISTRICT OF**   <u>        NEW YORK        </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:10-cv-1390 (GLS/RFT)**

**RAFAEL VARELA**

    v.

**THE CITY OF TROY et al.**

<u>            </u>    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>      X     </u>    **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED, that the Troy Defendants' motion for summary judgment (Dkt. No. 113) is GRANTED. That the Complaint (Dkt. No. 1) is DISMISSED in its entirety. That Varela's motions for reconsideration, to reopen discovery, and to stay deportation proceedings (Dkt. No. 118) are DENIED, in accordance with the Memorandum-Decision and Order issued by Chief Judge Gary L. Sharpe on May 22, 2014.**

| | |
|---|---|
| <u>  **May 22, 2014**  </u> | <u>  **LAWRENCE K. BAERMAN**  </u> |
| | CLERK OF THE COURT |
| | |
| | BY:    <u>  S/                              </u> |
| | DEPUTY CLERK |
| | John Law |